Attorney or Party Name, Address, Phone & Fax Nos.,
State Bar No. & Email

FOR COURT USE ONLY

Benjamin Heston
Bar Number: 297798
Nexus Bankruptcy
100 Bayview Circle #100
Newport Beach, CA 92660
Phone: (951) 290-2827
Email: ben@nexusbk.com

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Matthew Sigloch

Debtor(s).

CASE NO.:

CHAPTER:  Chapter 7

**DECLARATION BY DEBTOR(S)
AS TO WHETHER INCOME WAS RECEIVED
FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION
DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  10/03/2023

Matthew Sigloch
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** ( *Check only ONE box below* ):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:

Printed name of Debtor 2

Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

F 1002-1.EMP.INCOME.DEC

10/06/2023

Matthew P. Sigloch                                                    0.00

                                                              ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

**EMPLOYER**                           **PAY PERIOD**
Unlimited Baggers, LLC                 Period Beginning          09/17/2023
1103 Hamner Avenue                     Period Ending:            09/30/2023
Norco CA 92860                         Pay Date:                 10/06/2023
                                       Total Hours:                 77.99

**EMPLOYEE**
Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

SS#: ...1919

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 16.00 |
| Sick | 0.00 | 12.00 |

NET PAY:                                                       $1,825.03
Acct#....1077:                                                 $1,825.03

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 77.99 | 29.00 | 2,261.71 | 44,975.81 |
| Overtime Pay | - | 43.50 | 0.00 | 1,736.97 |
| Sick Pay | - | 29.00 | 0.00 | 812.00 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| HealthIns | 19.89 | 298.35 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 158.17 | 3,821.35 |
| Social Security | 138.99 | 2,971.19 |
| Medicare | 32.51 | 694.88 |
| CA Income Tax | 66.94 | 1,610.41 |
| CA State Disability Ins | 20.18 | 431.31 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,261.71 | $48,220.78 |
| Taxes | $416.79 | $9,529.14 |
| Deductions | $19.89 | $298.35 |

**Net Pay**                    **$1,825.03**

09/22/2023

Matthew P. Sigloch                                                                    0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

Vacation pay corresponds to last payperiod

**EMPLOYER**
Unlimited Baggers, LLC
1103 Hamner Avenue
Norco CA 92860

**EMPLOYEE**
Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

SS#: ...1919

| **PAY PERIOD** | |
| --- | --- |
| Period Beginning | 09/03/2023 |
| Period Ending: | 09/16/2023 |
| Pay Date: | 09/22/2023 |
| Total Hours: | 82.50 |

| **BENEFITS** | Used | Available |
| --- | --- | --- |
| Vacation | 16.00 | 16.00 |
| Sick | 0.00 | 12.00 |

| | |
| --- | --- |
| **NET PAY:** | **$1,927.45** |
| Acct#....1077: | $1,927.45 |

**MEMO:**
Vacation pay corresponds to last payperiod

| PAY | Hours | Rate | Current | YTD |
| --- | --- | --- | --- | --- |
| Regular Pay | 64.00 | 29.00 | 1,856.00 | 42,714.10 |
| Overtime Pay | 2.50 | 43.50 | 108.75 | 1,736.97 |
| Sick Pay | - | 29.00 | 0.00 | 812.00 |
| Vacation Pay | 16.00 | 29.00 | 464.00 | 696.00 |

| DEDUCTIONS | Current | YTD |
| --- | --- | --- |
| HealthIns | 19.89 | 278.46 |

| TAXES | Current | YTD |
| --- | --- | --- |
| Federal Income Tax | 193.81 | 3,663.18 |
| Social Security | 149.35 | 2,832.20 |
| Medicare | 34.93 | 662.37 |
| CA Income Tax | 81.64 | 1,543.47 |
| CA State Disability Ins | 21.68 | 411.13 |

| SUMMARY | Current | YTD |
| --- | --- | --- |
| Total Pay | $2,428.75 | $45,959.07 |
| Taxes | $481.41 | $9,112.35 |
| Deductions | $19.89 | $278.46 |

| | |
| --- | --- |
| **Net Pay** | **$1,927.45** |

09/08/2023

Matthew P. Sigloch                                                    0.00

***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

| EMPLOYER | PAY PERIOD | |
|---|---|---|
| Unlimited Baggers, LLC | Period Beginning | 08/20/2023 |
| 1103 Hamner Avenue | Period Ending: | 09/02/2023 |
| Norco CA 92860 | Pay Date: | 09/08/2023 |
| | Total Hours: | 80.66 |

**EMPLOYEE**
Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

SS#: ...1919

| BENEFITS | Used | Available | | NET PAY: | $1,878.90 |
|---|---|---|---|---|---|
| Vacation | 0.00 | 32.00 | | Acct#....1077: | $1,878.90 |
| Sick | 0.00 | 12.00 | | | |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 80.00 | 29.00 | 2,320.00 | 40,858.10 | | HealthIns | 19.89 | 258.57 |
| Overtime Pay | 0.66 | 43.50 | 28.71 | 1,628.22 | | | | |
| Sick Pay | - | 29.00 | 0.00 | 812.00 | | | | |
| Vacation Pay | - | 29.00 | 0.00 | 232.00 | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 176.21 | 3,469.37 |
| Social Security | 144.39 | 2,682.85 |
| Medicare | 33.77 | 627.44 |
| CA Income Tax | 74.59 | 1,461.83 |
| CA State Disability Ins | 20.96 | 389.45 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,348.71 | $43,530.32 |
| Taxes | $449.92 | $8,630.94 |
| Deductions | $19.89 | $258.57 |

**Net Pay**          **$1,878.90**

Unlimited Baggers, LLC
1103 Hamner Avenue
Norco CA 92860

Pay Stub Detail
PAY DATE: 08/25/2023
NET PAY: $1,888.14

Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

**EMPLOYER**
Unlimited Baggers, LLC
1103 Hamner Avenue
Norco CA 92860

| PAY PERIOD | |
|---|---|
| Period Beginning | 08/06/2023 |
| Period Ending: | 08/19/2023 |
| Pay Date: | 08/25/2023 |
| Total Hours: | 81.01 |

**EMPLOYEE**
Matthew P. Sigloch
231 E Alessandro Blvd
Riverside CA 92508

SS#: ...1919

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Vacation | 0.00 | 0.00 | 32.00 |
| Sick | 0.00 | 0.00 | 12.00 |

| | |
|---|---|
| **NET PAY:** | **$1,888.14** |
| Acct#....1077: | $1,888.14 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 80.00 | 29.00 | 2,320.00 | 38,538.10 |
| Overtime Pay | 1.01 | 43.50 | 43.94 | 1,599.51 |
| Sick Pay | - | 29.00 | 0.00 | 812.00 |
| Vacation Pay | - | 29.00 | 0.00 | 232.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| HealthIns | 19.89 | 238.68 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 179.56 | 3,293.16 |
| Social Security | 145.33 | 2,538.46 |
| Medicare | 33.99 | 593.67 |
| CA Income Tax | 75.93 | 1,387.24 |
| CA State Disability Ins | 21.10 | 368.49 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,363.94 | $41,181.61 |
| Taxes | $455.91 | $8,181.02 |
| Deductions | $19.89 | $238.68 |

**Net Pay**              **$1,888.14**