Certificate Number: 14912-CAC-DE-037899726

Bankruptcy Case Number: 23-14773



14912-CAC-DE-037899726

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 31, 2023, at 6:46 o'clock PM EDT, Matthew Sigloch completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   October 31, 2023

By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor